IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR78 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SCOTT JONES, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on Defendant's Motion to Seal requesting the Motion to Review Detention and Request for Evidentiary Hearing be placed under seal. The Court, being fully advised in the premises, finds that said Motion should be granted.

**IT IS ORDERED** that the Motion to Review Detention and Request for Evidentiary Hearing shall be placed under seal.

DATED this 19th day of April, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge