IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:07CR78 |
| v. | ) | |
| SCOTT ALAN JONES, | ) | ORDER |
| Defendant. | ) | |

On June 7, 2007, a telephone conference was had with Assistant U.S. Attorney Michael Wellman and defense counsel David O'Neill. Defense counsel David O'Neill made an unopposed oral motion for a continuance of the status hearing scheduled for June 8, 2007, in order to file pretrial motions on defendant's behalf. After considering the matter,

IT IS ORDERED:

1. The status hearing scheduled for June 8, 2007, is canceled.

2. Defendant is granted an extension of time until **June 15, 2007**, in which to file a motion to suppress.

3. If no pretrial motions are filed by defendant, this matter is scheduled for jury trial on **June 25, 2007, at 8:30 a.m.**, Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

4. The ends of justice will be served by granting such a continuance and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of granting of the oral motion for a continuance, the time between **June 7, 2007, and June 15, 2007,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act, for the reason that defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel and the novelty and complexity of this case, and the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 7th day of June, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge